UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs.                                  Civil Action No 03-347Erie
                                         Misc. No

LESLIE M. KING, Individually and
As surviving spouse of KIMBERLY
L. KING, deceased

    Defendant

## MOTION TO VACATE DEFAULT JUDGMENT

AND NOW, comes Plaintiff, the United States of America, by and through its counsel, Mary Beth Buchanan, United States Attorney in and for the Western District of Pennsylvania and the Bernstein Law Firm, P.C., private counsel to the United States of America, and files its Motion to Vacate Default Judgment, as follows:

1. Plaintiff, United States of America, is a soverign corporation and is hereinafter referred to as "Plaintiff".

2. Defendant is an adult individual whose last known address is 413 Townshipline Road, Oil City, PA 16301

3. The instant action was instituted by the filing of a Complaint in Mortgage Foreclosure on October 20, 2003.

F0039391

4   The United States Marshal's Office made personal service of the complaint on October 29, 2003

5.  Plaintiff subsequently entered a Default Judgment on March 18, 2004

6.  The Defendant has cured his mortgage arrears on or about November, 2004

WHEREFORE, Plaintiff, the United States of America, requests that this Honorable Court enter an Order vacating the Default Judgment against the Defendant and permitting Plaintiff to discontinue the action without prejudice to refile in the event of any future defaults.

          Respectfully submitted,

          UNITED STATES OF AMERICA
          MARY BETH BUCHANAN
          UNITED STATES ATTORNEY
          WESTERN DISTRICT OF PENNSYLVANIA

          By: _____
          Bernstein Law Firm, P C.
          Lori A Gibson, Esquire
          Private Counsel to the
          United States of America
          PA I D.#68013
          Suite 2200 Gulf Tower
          Pittsburgh, PA  15219
          **DIRECT DIAL: (412) 456-8119**
          **BERNSTEIN FILE NO. F0039391**