UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff.

    vs.                                                  Civil Action No 03-347Erie
                                                                       Misc. No.

LESLIE M KING, Individually and
As surviving spouse of KIMBERLY
L. KING, deceased

    Defendant

### CERTIFICATE OF SERVICE

I, _Coly K Gibson_, do hereby certify that a true and correct copy of the foregoing Motion was served upon the following parties on September _21_, 2005 by first class U.S Mail postage pre-paid:

Leslie M King
413 Townshipline Road
Oil City, PA 16301