UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs                                            Civil Action No 03-347Erie
                                                          Misc No.

LESLIE M. KING, Individually and
As surviving spouse of KIMBERLY
L KING, deceased

    Defendant

## **AFFIDAVIT**

I, Lori A Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion to Vacate Default Judgment are true and correct to the best of my knowledge, information and belief

_____
Lori A Gibson, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief

Executed on the ___20___ day of __Sept__ 2005.

_____
Lori A Gibson, Esquire
Attorney for the United States of America