UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs                                                   Civil Action No 03-347Erie
                                                              Misc. No.

LESLIE M. KING, Individually and
As surviving spouse of KIMBERLY
L. KING, deceased

    Defendant

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion to Vacate Default Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that the default judgment entered in this case on March 18, 2004 is hereby vacated without prejudice. It is further Ordered that the Clerk is to mark the Default Judgment vacated on the Judgment Index.

                                                    BY THE COURT.

                                                    _____, J.